IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 12-cv-00278-REB-CBS

STEPHAN DARRIS,

    Plaintiff,

v.

ANNIE Director (Williams Street), and
ERICA GILLESPIE, Director (CMI Fox),

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    The above captioned case has been referred to Magistrate Judge Craig B. Shaffer by District Judge Robert E. Blackburn, pursuant to the Order of Reference dated February 21, 2012.  *See* 28 U.S.C. § 636(b)(1)(A) and (B) and FED.R.CIV.P. 72(a) and (b).  Accordingly,

    IT IS HEREBY ORDERED that a Preliminary Scheduling Conference will be held on **April 23, 2012,** at **3:00 p.m.,** in Courtroom A402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    The parties need not comply with the requirements of FED.R.CIV.P. 16 and D.C.COLOL.CIVR. 16.2 and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 844-2117** at the scheduled time.

    It is the responsibility of the **Plaintiff** to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

**DATED:**    February 29, 2012