IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00278-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: May 14, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                 *Counsel:*

STEPHAN DARRIS,                                          *Pro Se (appearing by telephone)*

      Plaintiff,

v.

ANNIE, *et al.*,

      Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**
**Court in session:      10:04 a.m.**
Court calls case. No one has entered their appearance for the defendants.

Discussion regarding no one entering their appearance on behalf of the defendants, responsibility the plaintiff has in making the defendants aware of dates set, the returning of mail for the plaintiff by the jail, and the plaintiff feeling like he doesn't have the resources to make further attempts at contacting the defendants.

The plaintiff makes an oral request for a legal memorandum from the court showing that he is a pro se plaintiff who has a case before this court. The plaintiff believes that this is what is needed to allow him more rights, while in jail, to conduct research in the law library as well as mail out correspondence for the defendants. The court **DENIES** the plaintiff's oral motion. The court informs the plaintiff that he will need to submit a copy of these rules and regulations before anything further can be done.

Further discussion regarding the plaintiff's access to the law library and what the last document were that the plaintiff has received from the court (document number 12). The court advises the plaintiff that a certified copy of the docket sheet for his case can be mailed out to him. The court further advises the plaintiff that it cannot issue any order to the jail regarding his library privileges.

Discussion regarding the plaintiff having no case manager since he is in jail and not prison, what he is in for (violation of his probation), his representation in the state court (public defender) for his criminal proceedings, and how much involvement the federal court can have with state court proceedings.

Discussion regarding the plaintiff seeking a preliminary injunction. The court informs the plaintiff that it cannot enter an injunction against a non-party.

Discussion regarding the appointment of counsel, the difference between the original complaint and the amended one he wants to proceed with (section c), and verification as to what address his mail should be sent to.

**ORDERED:** The court will **GRANT** the plaintiff's MOTION TO DISREGARD PREVIOUS REQUEST AND AMEND #1 PRISONER COMPLAINT (Docket No. 11, filed on 4/17/2012). The amended complaint will be deemed filed **as of May 14, 2012**. The court advises the plaintiff that he is responsible for serving this amended complaint on the defendants.

**ORDERED:** A further Preliminary Scheduling Conference has been set for **June 25, 2012 at 3:30 p.m.** *The plaintiff, or his case manager, shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time. It is the responsibility of the Plaintiff to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.*

HEARING CONCLUDED.

**Court in recess:**    10:27 a.m.
Total time in court:    00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.