IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  12-cv-00278-REB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:  July 23, 2013 | Courtroom Deputy:   Courtni Covington |

*Parties:*                                                                  *Counsel:*

STEPHAN DARRIS,                                              *Pro Se*

    Plaintiff,

v.

ERICA GILLESPIE,                                               Denis K. Lane, Jr.

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC STATUS CONFERENCE**
**Court in Session:       9:13 a.m.**
Court calls case. Appearance of counsel. Stephan Darris appears *pro se*.

The court addresses the parties regarding Plaintiff's **MOTION for Alternative Dispute D.C.Colo.LcivR 16.6 ABCD** [Doc. No. 80, filed 6/28/2013].

Discussion between the court and Mr. Darris regarding the allegation of the destruction of his property as listed in his motion. The court notes the Complaint contains no such allegation. Discussion between the court and Mr. Lane regarding settlement between the parties.

**9:19   Off the record.**

**9:35   On the record.**

**ORDERED:**     A further Telephonic Status Conference is set for **Tuesday, July 30, 2013, at 10:00 a.m.** Mr. Darris and/or his case manager shall arrange for his participation by calling defense counsel at (719) 636-1017 at 9:45 a.m. on Tuesday, July 30, 2013. Defense counsel shall then create a conference call with Mr. Darris on the line and telephone the court at (303) 844-2117 at the scheduled time.

The court will treat the time off of the record as an Early Neutral Evaluation.

**ORDERED:**     Plaintiff's MOTION for Alternative Dispute D.C.Colo.LcivR 16.6 ABCD [Doc. No. 80, filed 6/28/2013] is **GRANTED** pursuant to the Early Neutral Evaluation held.

HEARING CONCLUDED.
**Court in recess:    9:36 a.m.**
Total time in court:    00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.