**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 12-cv-00278-REB-CBS

STEPHAN DARRIS,

    Plaintiff,

v.

ERICA GILLESPIE, Director (CMI Fox),

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss** [#88][1] filed August 2, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice, with each party to pay its own costs.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#88] filed August 2, 2013, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay its own attorney fees and costs.

Dated August 2, 2013, at Denver, Colorado.

        **BY THE COURT:**

        *Bob Blackburn*
        Robert E. Blackburn
        United States District Judge

---

[1] "[#88]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.